## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARLOW HENRY, on behalf of the BSC Ventures Holdings, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>WILMINGTON TRUST, N.A., BRIAN C. SASS, and E. STOCKTON CROFT IV,<br><br>       Defendants. | C.A. No. 19-1925-JLH |

## PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Plaintiff Marlow Henry, by and through his attorneys, respectfully moves this Court for an order (a) certifying this Action as a Class Action pursuant to Fed. R. Civ. P. 23; (b) appointing Plaintiff's counsel as Class Counsel; and (c) appointing Plaintiff Marlow Henry as Class Representative.[1]

Plaintiff's Motion is based on the accompanying Opening Brief in Support of the Motion for Class Certification, the Declaration of Daniel Feinberg and Exhibit thereto, the Declaration of Gregory Porter and Exhibits thereto, all other pleadings and matters of records, and such additional evidence or argument as may be presented.

---

[1] Pursuant to D. Del. LR 7.1.1, the undersigned states that defendants would not agree to the relief requested through this motion.

Dated: December 23, 2024

Of Counsel:

Gregory Y. Porter (*pro hac vice*)
Ryan T. Jenny (*pro hac vice*)
Patrick O. Muench (*pro hac vice*)
Bailey & Glasser, LLP
1055 Thomas Jefferson St., NW, Ste. 540
Washington, DC 20007
Telephone: (202) 463-2101
gporter@baileyglasser.com
rjenny@baileyglasser.com
pmuench@baileyglasser.com

Daniel Feinberg (*pro hac vice*)
Todd Jackson (*pro hac vice*)
Mary Bortscheller (*pro hac vice*)
Feinberg, Jackson, Worthman & Wasow LLP
2030 Addison Street, Suite 500
Berkeley, CA 94704
Telephone: (510) 269-7998
dan@feinbergjackson.com
todd@feinbergjackson.com
mary@feinbergjackson.com

/s/ David A. Felice
David A. Felice (#4090)
Bailey & Glasser, LLP
Red Clay Center at Little Falls
2961 Centerville Road, Suite 302
Wilmington, DE 19808
Telephone: (302) 504-6333
dfelice@baileyglasser.com

  *Attorneys for Plaintiff*

2