IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARLOW HENRY, on behalf of the BSC Ventures Holdings, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WILMINGTON TRUST, N.A., BRIAN C. SASS, and E. STOCKTON CROFT IV,<br><br>Defendants. | C.A. No. 19-1925-JLH |

### PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS

Plaintiff Marlow Henry ("Plaintiff"), individually and on behalf of the Settlement Class, hereby moves pursuant to Federal Rule of Civil Procedure 23 for an order approving a settlement agreement between Plaintiff and Defendants; certifying a Class for settlement purposes; approving notice to the Settlement Class; and setting a date for a fairness hearing.

The reasons supporting this motion are contained in Plaintiff's Opening Brief in Support of Preliminary Approval of Settlement and Certification of Settlement Class, which Plaintiff incorporates into this motion and is being filed contemporaneously. A proposed order granting this motion is attached hereto as Exhibit 1.

<u>Of Counsel</u>:
Gregory Y. Porter (*pro hac vice*)
Ryan T. Jenny (*pro hac vice*)
Patrick O. Muench (*pro hac vice*)
Bailey & Glasser, LLP
1055 Thomas Jefferson St., NW, Ste. 540
Washington, DC 20007
Telephone: (202) 463-2101
gporter@baileyglasser.com
rjenny@baileyglasser.com
pmuench@baileyglasser.com

<u>Of Counsel</u>:
Daniel Feinberg (*pro hac vice*)
Todd Jackson (*pro hac vice*)
Mary Bortscheller (*pro hac vice*)
Feinberg, Jackson, Worthman & Wasow LLP
2030 Addison Street, Suite 500
Berkeley, CA 94704
Telephone: (510) 269-7998
dan@feinbergjackson.com
todd@feinbergjackson.com
mary@feinbergjackson.com

Dated: May 7, 2025

David A. Felice (#4090)
Bailey & Glasser, LLP
Red Clay Center at Little Falls 2961
Centerville Road, Suite 302
Wilmington, DE 19808
Telephone: (302) 504-6333
Facsimile: (302) 504-6334
dfelice@baileyglasser.com

*Attorneys for Plaintiff*